[No. 11121-1-III.   Division Three.   October 1, 1991.]

MARK RICHARD THOMPSON, ET AL, *Appellants,* v. SAFECO INSURANCE COMPANY OF AMERICA, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 86-2-03782-3, Marcus M. Kelly, J.,

entered September 20, 1990. *Affirmed* by unpublished opinion per Green, J. Pro Tem., concurred in by Shields, C.J., and Thompson, J.